1 SUE CAMPBELL
Attorney at Law, State Bar Number 98728
2 1155 North First Street, Suite 218
San Jose, California 95112
3 Phone: (408) 277-0648
Fax:    (408) 938-1035
4
Attorney for Plaintiff: PACIFIC COAST ROOFERS PENSION PLAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE ROOFERS LOCAL 27 HEALTH AND WELFARE TRUST FUND, PACIFIC COAST ROOFERS PENSION PLAN, NATIONAL ROOFING INDUSTRY PENSION PLAN, ROOFERS LOCAL 27, FRESNO ROOFING CONTRACTORS VACATION FUND, and ROOFERS LOCAL 27 APPRENTICESHIP TRAINING FUND,<br><br>    Plaintiffs,<br><br>FRYER ROOFING CO., INC., a California Corporation; DAVID BRUCE FRYER; LEIGH ANN FRYER; INTERNATIONAL FIDELITY INSURANCE COMPANY; and DOES 1 through 50, inclusive,<br><br>    Defendant. | CASE NO.:11-CV-02127 AWI-GSA<br><br>REQUEST FOR CONDITIONAL DISMISSAL PENDING PAYMENT IN FULL UNDER SETTLEMENT AGREEMENT AND ORDER THEREON |

_____

The PACIFIC COAST ROOFERS PENSION PLAN and FRYER ROOFING CO., INC., a California Corporation, having appeared and executed a Stipulation for Entry of Judgment, hereby request that the Court order a conditional dismissal **as to the claim by Plaintiff BOARDS OF TRUSTEES OF THE PACIFIC COAST ROOFERS PENSION PLAN only**. The dismissal is conditional upon payment in full under the Stipulation for Entry of Judgment attached hereto as Exhibit "A". The court shall retain jurisdiction in this matter. In the event Defendant defaults

in performance of the terms of the Stipulation for Entry of Judgment, judgment shall be entered upon ten (10) days' written notice to Defendant, and a declaration filed by Plaintiff PACIFIC COAST ROOFERS PENSION PLAN'S attorney as to default by the Defendant. Pursuant to the stipulation of the parties, the judgment to be entered shall be for contributions for February 2012 - July 2012, plus interest in the amount of $28,580.89, plus the balance owed in liquidated damages for the period: February 2012 - July 2012 in the amount of $2,827.72, plus attorney's fees in the amount of $1,200.00, plus current contributions due, less any amounts paid in accordance with the Stipulation for Entry of Judgment.

Dated: _____

SUE CAMPBELL
Attorney for Plaintiff: PACIFIC COAST ROOFERS PENSION PLAN

Dated: _____

JUSTIN D. HARRIS
Attorney for Defendants: FRYER ROOFING CO., INC., a California Corporation

### ORDER

In accordance with the settlement and request of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that a conditional dismissal with prejudice **as to the claim by Plaintiff BOARDS OF TRUSTEES OF THE PACIFIC COAST ROOFERS PENSION PLAN only**. be entered. The dismissal is conditional upon payment in full under the Stipulation for Entry of Judgment attached hereto as Exhibit "A" for contributions for February 2012 - July 2012, plus interest in the amount of $28,580.89, plus the balance owed in liquidated

damages for the period: February 2012 - July 2012 in the amount of $2,827.72, plus attorney's fees in the amount of $1,200.00, plus current contributions due. The Court shall retain jurisdiction over this matter. In the event Defendant defaults in performance of the settlement agreement or payment schedule, and upon ten (10) days' written notice to Defendant, and a declaration filed by Plaintiff BOARDS OF TRUSTEES OF THE PACIFIC COAST ROOFERS PENSION PLAN'S attorney as to default by the Defendant, pursuant to the parties' stipulation, the Court authorizes entry of judgment for the balance owed in contributions for February 2012 - July 2012, plus interest in the amount of $28,580.89, plus the balance owed in liquidated damages for the period: February 2012 - July 2012 in the amount of $2,827.72, plus attorney's fees in the amount of $1,200.00, plus current contributions due, less any amounts paid in accordance with the Stipulation for Entry of Judgment.

IT IS SO ORDERED.

Dated:   December 18, 2012

UNITED STATES DISTRICT JUDGE