IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE ROOFERS LOCAL 27 HEALTH AND WELFARE TRUST FUND, PACIFIC COAST ROOFERS PENSION PLAN, NATIONAL ROOFING INDUSTRY PENSION PLAN, ROOFERS LOCAL 27, FRESNO ROOFING CONTRACTORS VACATION FUND, and ROOFERS LOCAL 27 APPRENTICESHIP TRAINING FUND,<br><br>    Plaintiffs,<br>v.<br><br>FRYER ROOFING CO., INC., a California Corporation; DAVID BRUCE FRYER; LEIGH ANN FRYER; INTERNATIONAL FIDELITY INSURANCE COMPANY, and DOES 1 through 50, inclusive,<br><br>    Defendants. | 1:11-CV-02127 AWI-GSA<br><br>ORDER STRIKING DOCUMENTS AND REOPENING CASE<br><br>(Doc. Nos. 20, 24) |

On December 13, 2012, Plaintiff Boards of Trustees of the Roofers Local 27 Health and Welfare Trust Fund filed a motion to dismiss. *See* Court's Docket, Doc. No. 20. That motion was filed in error. *See id.* Doc. No. 22. However, before the Clerk's Notice of Docket Correction was issued, the Court granted the motion and closed the case. *Id.* Doc. No. 24.

Accordingly, IT IS HEREBY ORDERED that:

1. Documents 20 and 24 are STRICKEN from the Court's Docket; and

2. The Clerk is directed to REOPEN the case.

IT IS SO ORDERED.

Dated: December 18, 2012

                                            UNITED STATES DISTRICT JUDGE