MICHAEL E. MOSS  63408
HENRY Y. CHIU  222927
MOSS, TUCKER, CHIU, HEBESHA & WARD PC
A Professional Corporation
5260 North Palm Avenue, Suite 205
Fresno, California  93704
Telephone:  (559) 436-3847

Attorneys for all Plaintiffs *except*
Pacific Coast Roofers Pension Plan

JUSTIN D. HARRIS  199112
MOTSCHIEDLER, MICHAELIDES ET AL.
A Limited Liability Partnership
1690 West Shaw Avenue, Suite 200
Fresno, California 93711
Telephone:  (559) 439-4000

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

* * *

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE ROOFERS LOCAL 27 HEALTH AND WELFARE TRUST FUND, PACIFIC COAST ROOFERS PENSION PLAN, NATIONAL ROOFING INDUSTRY PENSION PLAN, ROOFERS LOCAL 27, FRESNO ROOFING CONTRACTORS VACATION FUND, and ROOFERS LOCAL 27 APPRENTICESHIP TRAINING FUND,<br><br>                  Plaintiffs,<br><br>    v.<br><br>FRYER ROOFING CO., INC., a California corporation; DAVID BRUCE FRYER; LEIGH ANN FRYER; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA; and DOES 1 through 50, inclusive,<br><br>                  Defendants. | Case No.  1:11-CV-02127-AWI-GSA<br><br>**STIPULATION AND ORDER TO DISMISS CLAIMS SUBJECT TO SETTLEMENT AGREEMENT** |

LAW OFFICES
Moss, Tucker, Chiu,
Hebesha & Ward
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 205
FRESNO, CA  93704

1    Plaintiffs Boards of Trustees of the Roofers Local 27 Health and Welfare Trust Fund,

2    National Roofing Industry Pension Plan, Roofers Local 27, Fresno Roofing Contractors Vacation

3    Fund, and Roofers Local 27 Apprenticeship Training Fund (collectively, "Stipulating

4    Plaintiffs")[1], defendants Fryer Roofing Co., Inc., David Bruce Fryer and Leigh Ann Fryer

5    (collectively, "Fryer Defendants") and International Fidelity Insurance Company ("IFIC")

6    hereby stipulate, and request an order, as to the following:

7    1.    that the Court dismiss the Stipulating Plaintiffs' claims against the Fryer

8         Defendants and IFIC, without prejudice, due to the Parties' settlement of said

9         claims pursuant to a written "Settlement Agreement Between Certain Roofers

10        Local 27 Trust Funds and Fryer Roofing Co., Inc. et al."; and

11   2.    that the Court retain jurisdiction to enforce the terms of said Agreement.

12   Dated: November _30__, 2012.    MOSS, TUCKER, CHIU, HEBESHA & WARD
                                      A Professional Corporation

13                                    By____/s/ Henry Y. Chiu_____

14                                      HENRY Y. CHIU
                                        Attorney for Stipulating Plaintiffs

15

16

17   Dated: November _30__, 2012.    MOTSCHIEDLER, MICHAELIDES, ET AL.
                                      A Limited Liability Partnership

18                                    By____/s/ Justin D.  Harris_____

19                                      JUSTIN D. HARRIS
                                        Attorney for Defendants

20

21

22

23   [Order on following page.]

24

25

26

27

LAW OFFICES
Moss, Tucker, Chiu,
Hebesha & Ward
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 205
FRESNO, CA  93704

28   _____
[1] The Parties acknowledge and agree that plaintiff Pacific Coast Roofers Pension Plan is not a party to this Stipulation and Order, and is not bound by any of the terms or obligations herein.

1

2

**ORDER**

THE STIPULATING PLAINTIFFFS' CLAIMS AGAINST THE FRYER DEFENDANTS AND IFIC ARE HEREBY DISMISSED WITHOUT PREJUDICE. THE COURT SHALL RETAIN JURISDICTION TO ENFORCE THE TERMS OF THE SETTLEMENT AGREEMENT BETWEEN THE PARTIES.

SAID DISMISSAL SHALL NOT AFFECT, IN ANY WAY, ANY OF THE CLAIMS ASSERTED BY PLAINTIFF PACIFIC COAST ROOFERS PENSION PLAN AGAINST DEFENDANTS HEREIN.

IT IS SO ORDERED.

Dated:   January 18, 2013   _____

SENIOR DISTRICT JUDGE

LAW OFFICES
Moss, Tucker, Chiu,
Hebesha & Ward
A Professional Corporation
5260 North Palm Avenue
Suite 205
Fresno, CA 93704

3

STIPULATION AND ORDER TO DISMISS CLAIMS SUBJECT TO SETTLEMENT AGREEMENT