UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BOARDS OF TRUSTEES OF THE ROOFERS LOCAL 27 HEALTH AND WELFARE TRUST FUND, ETC.,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**FRYER ROOFING CO., INC.,** a California corporation; **DAVID BRUCE FRYER; LEIGH ANN TRYER; INTERNATIONAL FIDELITY INSURANCE COMPANY;** and DOES 1 through 50, inclusive,<br><br>**Defendants.** | CASE NO. 1:11-CV-2127 AWI GSA<br><br>ORDER VACATING DECEMBER 2, 2013 HEARING DATE<br><br>ORDER DIRECTING PARTIES TO FILE A JOINT PROPOSED ORDER LISTING REMAINING OUTSTANDING ACCOUNTS BY DECEMBER 3, 2013 |

Plaintiffs have filed a motion for judgment pursuant to the settlement agreement and stipulated judgment. The motion is currently scheduled for a hearing to be held on December 2, 2013. On November 18, 2013, Defendants filed a statement of non-opposition to Plaintiffs' motion for enforcement of the judgment pursuant to the settlement agreement and the stipulated judgment.

The Court has reviewed the pending motions, briefs, and the applicable law and has determined that the motion is suitable for decision without oral argument. See Local Rule 230(g). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of December 2, 2013, is VACATED, and no party shall appear at that time.

As of December 3, 2013, by 1:00 p.m., the parties SHALL provide either a joint accounting or separate accountings showing what amounts Defendants have already paid to Plaintiffs.  As of December 4, 2014, Court will take the motion and further documents under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   November 22, 2013                           _____
                                                    SENIOR  DISTRICT  JUDGE