**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE ROOFERS LOCAL 27 HEALTH AND WELFARE TRUST FUND, PACIFIC COAST ROOFERS PENSION PLAN, NATIONAL ROOFING INDUSTRY PENSION PLAN, ROOFERS LOCAL 27, FRESNO ROOFING CONTRACTORS VACATION FUND, and ROOFERS LOCAL 27 APPRENTICESHIP TRAINING FUND,<br><br>Plaintiffs,<br><br>v.<br><br>FRYER ROOFING CO., INC., a California Corporation; DAVID BRUCE FRYER; LEIGH ANN FRYER; INTERNATIONAL FIDELITY INSURANCE COMPANY; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 1:11-CV-2127 AWI-GSA<br><br>**ORDER FOR JUDGMENT PURSUANT TO SETTLEMENT AGREEMENT AND JOINT STIPULATION**<br><br>(Doc. 35) |

On October 31, 2013, Plaintiffs filed a motion for judgment pursuant to a written settlement agreement entered on December 6, 2012, and amended on June 20, 2013. Doc. 35, 2:7-8. Plaintiffs' motion alleged that Defendants had become delinquent on the payment schedule, and requested the Court to enter a judgment for the outstanding settlement balance. Doc. 35, 2:14-18. Defendants did not oppose the motion, but requested the Court to inquire of amounts due prior to entering judgment to account for payments made in the interim. Doc. 37. The Court directed the parties to file a joint proposed order listing the remaining outstanding accounts. Doc. 38. On December 3, 2013, the parties filed a joint statement indicating the remaining amount. Doc. 39.

On March 7, 2014, the parties filed a supplemental joint statement, which reduced the amount by the amount of a bond disbursement by Defendant International Fidelity Insurance Company ("IFIC") on behalf of Defendant Fryer Roofing Co., Inc. Doc. 40, 2:10-13. Plaintiff's claims against IFIC have been fully resolved. Doc. 40, 2:18-20. The parties jointly request that an order be issued for the settlement balance of thirteen thousand six hundred thirty dollars and ninety cents ($13,630.90).[1] Doc. 40, 2:13-15.

**ORDER**

In accordance with the joint statement and request of the parties, JUDGMENT IS HEREBY ENTERED against Defendants Fryer Roofing Co., Inc., David Bruce Fryer, and Leigh Ann Fryer, jointly and severally, in the amount of thirteen thousand six hundred thirty dollars and ninety cents ($13,630.90).

IT IS SO ORDERED.

Dated:   August 6, 2014                                    _____
                                                            SENIOR DISTRICT JUDGE

---

[1] Several months have lapsed since the filing of the joint statement. Should the parties require an amendment to the amount specified by this order, they shall submit a supplemental joint statement and proposed order for the updated amount.

2